The Farmers' Loan and Trust Company, as Trustee under the Will of Mary J. Odell, Deceased, Appellant, v. Louise Meyer et al., as Executors of Annie Meyer, Deceased, et al., Respondents.

(Argued May 19, 1931; decided June 9, 1931.)

Edward H. Blanc, C. Alexander Capron and Ramsey Clayton for appellant.

Osmond K. Fraenkel for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not voting: Cardozo, Ch. J.